## Billing Records for 115-L044: Miranda et al. v. Grace Farms, Inc., et al.

| Date | Attorney | Time Spent (Hours) | Notes | Paralegal |
|---|---|---|---|---|
| 12/22/2015 | RA | 1.2 | Intake of client Miranda | P |
| 12/28/2015 | RA | 1 | Intake of client Rodas | P |
| 1/4/2016 | RA | 0.8 | Intake of client Garcia | P |
| 1/13/2016 | RA | 1.3 | Intake of client Grande | P |
| 1/19/2016 | RA | 0.4 | Research on corporate and individual defendants, called clients for more info on defs | P |
| 1/22/2016 | RA | 1.2 | Calculations of damages for all plaintiffs | |
| 2/1/2016 | RA | 0.2 | Call w/ client re: additional potential clients | |
| 2/11/2016 | RA | 0.8 | Drafting of complaint | |
| 2/17/2016 | RA | 0.7 | Continue drafting complaint; call clients to come in to review | P |
| 2/22/2016 | RA/HFD | 0.4 | Discussion re: putting case in suit | |
| 2/23/2016 | RA | 1.8 | Review complaint w/ all plaintiffs, prepare cover sheet, summons, file on ECF | P |
| 2/25/2016 | N/A | 0.3 | Make copies, mail Complaint to process server | P |
| 2/29/2016 | RA | 0.3 | Call from def Vivek; spoke about case, possibility of settlement | |
| 3/8/2016 | RA | 0.1 | Update to client | P |
| 3/10/2016 | RA | 0.2 | Update to client | P |
| 3/14/2016 | RA | 0.5 | Recvd AOS for each def, reviewed and filed on ECF; filed statement of related action | |
| 3/15/2016 | RA | 0.5 | Def Vivek brought in records, reviewed, put in file | |
| 3/28/2016 | RA | 0.2 | Update to client | P |
| 3/30/2016 | RA | 0.1 | Left message for def | |
| 4/5/2016 | RA | 0.4 | Began drafting DJ motion | |
| 4/14/2016 | RA | 0.1 | Update to client | P |
| 4/15/2016 | RA | 0.5 | Spoke to Vivek re: settlement, discussed numbers, told him we are continuing w/ case | |
| 4/19/2016 | RA | 0.3 | Spoke w/ Nolan Klein, retained by defs, time to answer, status of settlement talks | |
| 4/28/2016 | RA | 0.5 | Defs filed Answer, printed and reviewed | |
| 5/16/2016 | RA | 0.7 | Met w/ clients for status update, re: no settlement, continuing w/ case in court | P |
| 6/10/2016 | RA | 0.2 | Recvd Init Conf Order, reviewed, entered dates, read Judge's Rules | |
| 6/30/2016 | RA | 0.4 | Drafted init conf worksheet, joint init conf letter, sent to def atty | |
| 7/1/2016 | RA | 0.4 | Discussed init conf worksheet & joint letter w/ defs, finalized, filed on ECF | |
| 7/8/2016 | RA | 0.7 | Reviewed file for init conf, INIT CONF TELECONF, entered dates into system for disc | |
| 7/13/2016 | RA | 0.8 | Drafted initial disclosures, interrogatories and doc demands; sent to def atty | |
| 7/18/2016 | RA | 0.5 | Call w/ Nolan Klein, Teleconf w/ Judge Francis | |
| 7/19/2016 | RA | 0.4 | Drafted revised document demands for settlement conf, sent to def atty | |
| 7/26/2016 | RA | 0.4 | Update to all clients re: status and settlement conf date | P |
| 8/10/2016 | RA | 0.2 | Recvd defs' initial disclosures, reviewed, put in file | |
| 8/12/2016 | RA | 0.7 | Calls w/ def atty re: adj settlement, call to chambers for new date, review ltr filed by def | |

| Date | Atty | Hrs | Description | |
|---|---|---|---|---|
| 8/17/2016 | RA | 0.4 | Update to all clients on new settlement conf date | P |
| 9/12/2016 | RA | 0.1 | Gave ext to defs to provide docs for conf | |
| 9/19/2016 | RA | 0.8 | Recvd records from defs; reviewed records in adv of settlement conf | |
| 9/22/2016 | RA/JO | 0.5 | Reviewed records, calculations, discussed settlement conf details | |
| 9/23/2016 | RA/JO | 1.5 | Met w/ client before conf to discuss, SETTLEMENT CONF (Unsuccessful) | |
| 10/18/2016 | RA | 0.2 | Update to clients | P |
| 10/26/2016 | RA | 0.1 | Agreed to ext of time to complete disc | |
| 10/28/2016 | JO | 0.2 | Discussed new dates for amended scheduling order; defs filed | |
| 10/31/2016 | RA | 0.1 | Recvd new scheduling order, entered dates in system | |
| 11/15/2016 | RA | 0.5 | Recvd Order re: consolidation, reviewed other filed case | |
| 11/23/2016 | RA | 0.2 | Call w/ def atty re: adj disc due to potential consolidation, defs filed letter | |
| 12/1/2016 | RA/JO | 0.2 | Discussion re: consolidation, agreed not to oppose | |
| 12/2/2016 | RA | 0.2 | Drafted and filed letter re: consolidation | |
| 12/8/2016 | RA/JO | 0.2 | Discuss case, prepare for conference | |
| 12/9/2016 | JO | 0.5 | Conference re: consolidation | |
| 12/23/2016 | RA | 0.4 | Call from def Vivek; called def atty and advised def contacting us directly | |
| 1/5/2017 | JO | 0.7 | Discuss amended cmplt; back and forth emails w/ co-pltf counsel, reviewed am cmplt | |
| 1/10/2017 | RA | 0.6 | Reviewed amended complaint; advised co-pltf counsel no issues | |
| 1/16/2017 | JO | 0.2 | Finalized amended complaint; filed on ECF | |
| 1/24/2017 | JO | 0.6 | Amended scheduling order, calls w/ attys, filed on ECF | |
| 1/25/2017 | JO | 0.1 | Recvd Order on scheduling order, entered dates in system | |
| 1/26/2017 | RA | 0.1 | Letter from defs re: complaint missing numbers | |
| 1/27/2017 | RA | 0.3 | Revised complaint and re-filed on ECF | |
| 1/30/2017 | RA | 0.3 | Call w/ attorneys, drafted and filed letter re: cancel conf on 2/2; re-filed complaint | |
| 1/31/2017 | RA | 0.4 | Defs filed Answer, printed and reviewed | |
| 2/10/2017 | RA | 0.1 | Reviewed defs amended init disc | |
| 2/23/2017 | JO | 0.2 | Emails w/ co-pltf re consolidated disc demands | |
| 2/27/2017 | JO | 0.6 | Edited consolidated disc demands, sent to co-pltf atty for review | |
| 2/28/2017 | JO | 0.2 | Emails w/ co-pltf, finalized disc demands, sent to def atty | |
| 3/3/2017 | RA | 0.5 | Received def disc demands, contacted clients to come in to discuss/review | P |
| 3/24/2017 | RA | 0.3 | Update to clients; trying to sch time to come in to respond to defs demands | P |
| 5/4/2017 | JO | 0.3 | Revised scheduling order | |
| 5/8/2017 | RA | 0.2 | Recvd Order re: scheduling order, printed, entered new dates in system | |
| 5/9/2017 | RA | 0.5 | Recvd defs' disc responses, reviewed responses and docs, put in file | |
| 5/11/2017 | JO | 0.1 | Emails re depositions | |
| 5/15/2017 | JO | 0.2 | Emails re adj conf | |
| 5/17/2017 | JO | 0.5 | Multiple emails w/ defs re: depositions, call clients to see availability | P |

| Date | Atty | Hours | Description | P |
|---|---|---|---|---|
| 5/22/2017 | JO | 0.4 | Multiple emails again w/ defs re: depositions, call clients to see availability | |
| 5/26/2017 | JO | 0.6 | Finalized depo schedule; called clients gave them dates, location, prep times | P |
| 6/13/2017 | RA | 0.3 | Called clients arranged for them to come 6/16 for disc responses | P |
| 6/16/2017 | RA | 1.8 | Met w/ clients, went over disc responses, drafted and finalized responses | P |
| 6/29/2017 | RA | 0.3 | Made copies, mailed out disc responses to defs | |
| 6/29/2017 | JO | 0.3 | Calls/emails w/ def atty, rescheduling depos, calle clients to confirm new dates | P |
| 7/11/2017 | RA | 1.1 | Confirmed depos w/ def atty; met and prepped first 2 clients for depos on 7/13 | P |
| 7/12/2017 | RA | 0.2 | Emails re: rescheduling conf | |
| 7/13/2017 | JO | 3.7 | Prep and depositions of Grande and Garcia | P |
| 7/18/2017 | RA | 0.8 | Prep clients for depositions on 7/19 | |
| 7/19/2017 | JO | 3.6 | Prep and depositions of Miranda and Rojas | |
| 7/20/2017 | JO | 0.8 | Entered in notes from four plaintiff depositions | |
| 7/28/2017 | JO | 0.3 | Calls w/ attys and file status report | |
| 7/29/2017 | RA | 0.6 | Reviewed co-pltf's disc responses | |
| 8/7/2017 | JO | 0.2 | Calls w/ defs, confirmed depos for defs | |
| 8/10/2017 | JO | 0.5 | Prepare for defs depos | |
| 8/11/2017 | JO | 4.1 | Def depositions | |
| 8/14/2017 | JO | 0.3 | Entered in notes from def depositions | |
| 8/28/2017 | RA | 0.5 | Updates to all clients disc complete, possible 2nd settlem conf | P |
| 8/29/2017 | JO | 0.4 | Emails/calls re: stipulating to dismiss Def Rajni | |
| 8/31/2017 | JO | 0.6 | Status conference | |
| 9/5/2017 | JO | 1.2 | Revised Plaintiffs calculations of damages based on deposition testimony | |
| 9/5/2017 | JO | 0.2 | Emails re sch settlement conf | |
| 9/6/2017 | RA/JO | 0.2 | Conversation re dismissing Def Rajni | |
| 9/7/2017 | JO | 0.3 | Emails w/ attys re agree to dismiss against Def Rajni | |
| 9/13/2017 | JO | 0.5 | 10+ emails w/ attys and court re: settlement/settlement conf | |
| 9/14/2017 | JO | 0.4 | Recvd additional records from def atty, 200+ pages, printed, reviewed | |
| 9/15/2017 | JO | 0.2 | Emails w/ attys re settlement | |
| 9/18/2017 | JO | 0.2 | Emails w/ attys and court scheduling settlement conf | |
| 9/22/2017 | RA | 0.1 | Recvd Order scheduling settlement conf, entered dates in system | P |
| 9/25/2017 | RA | 0.5 | Update to all clients, gave date/time of settlement conf | P |
| 10/17/2017 | RA | 0.3 | Met w/ clients, discussed settlement possibilities, confirmed attendance | P |
| 10/20/2017 | JO | 1.5 | Settlement Conf (unsuccessful) | |
| 10/31/2017 | JO | 0.2 | Emails re JPTO/status letter | |
| 11/1/2017 | JO | 0.2 | Emails re JPTO/status letter | |
| 11/6/2017 | JO | 0.1 | Emails re status letter | |
| 11/7/2017 | JO | 0.1 | Joint Status letter filed and printed | |

| Date | Atty | Hours | Description | Flag |
|---|---|---|---|---|
| 11/13/2017 | JO | 0.1 | Recvd order; entered dates in system | |
| 12/11/2017 | JO | 1.3 | Drafted JPTO, sent to attys | |
| 12/13/2017 | JO | 0.5 | JPTO work, emails w/ attys, req for ext to file JPTO | |
| 12/26/2017 | JO | 0.3 | JPTO, emails w/ attys | |
| 12/27/2017 | JO | 0.3 | Emails re ext to file JPTO; filed letter req ext | |
| 12/28/2017 | RA | 0.1 | Recvd order, entered in dates in system | |
| 1/5/2018 | JO | 0.1 | Emails re JPTO | |
| 1/8/2018 | JO | 1.6 | Emails with attys/JPTO/Verdict Sheet/Jury Instructions/Voir Dire | |
| 1/9/2018 | JO | 0.5 | Emails with attys/JPTO/Verdict Sheet/Jury Instructions/Voir Dire | |
| 1/15/2018 | JO | 0.1 | Emails with attys | |
| 1/22/2018 | RA | 0.2 | Update clients | P |
| 2/13/2018 | JO | 0.7 | Review defs Motion to withdraw, enter new dates from Order, ext to file trial docs | |
| 2/14/2018 | RA | 0.2 | Got order on motion to withdraw, updated clients on 4/24 trial date | P |
| 3/6/2018 | JO | 0.4 | Emails with atty Nolan, co-pltfs counsel, re: settlement, calculations | |
| 3/12/2018 | JO | 0.3 | Emails re: Nolan withdrawing as def counsel | |
| 3/13/2018 | JO | 0.5 | Emails re: motions in limine, withdrawing counsel, etc.; reviewed motion to withdraw | |
| 3/19/2018 | JO | 0.2 | Reviewed defs letter re: withdrawing; entered conf date | |
| 3/23/2018 | RA | 0.5 | Conf re: def atty withdrawing; enter dates after when Order recvd | |
| 3/26/2018 | JO | 0.1 | New def atty filed app; taking over for defs counsel | |
| 3/27/2018 | RA | 0.2 | Call w/ def | |
| 3/28/2018 | RA | 0.2 | Call w/ def atty re: settlement | |
| 4/5/2018 | JO | 0.7 | Conference re: trial, talk w/ attys after re: scheduling | |
| 4/11/2018 | RA/JO | 0.4 | Emails w/ attys, call clients to confirm trial availability, joint letter re trial date | P |
| 4/12/2018 | JO | 0.2 | Emails w/ attys | |
| 4/13/2018 | JO | 0.1 | Recvd dates from Order, entered in system | |
| 5/17/2018 | RA | 0.3 | Speak w/ clients re: update, settlement offers, etc. | P |
| 6/5/2018 | JO | 0.2 | Call w/ atty re settlement offers | |
| 6/12/2018 | RA/JO | 0.2 | Call re settlement | |
| 6/14/2018 | RA/JO | 0.2 | Calls re settlement | |
| 6/18/2018 | RA/JO | 0.2 | Continued settlement discussions | |
| 6/20/2018 | RA/JO | 0.5 | Meet and speak w/ clients re settlement | P |
| 6/22/2018 | JO | 3.6 | Motion in limine to exclude immigration status/tax records | |
| 7/2/2018 | JO | 1.1 | Recvd Offer of Judgment from defs, discussed, emails re: JPTO, voir dire, etc. | |
| 7/3/2018 | RA/JO | 0.6 | Discuss Offer of Judgment w/ clients, discuss settlement, trial options | P |
| 7/6/2018 | RA/JO | 0.7 | Settlement discussions w/ attorney, then clients, confirmed settled w/ def atty | P |
| 7/9/2018 | RA/JO | 0.6 | Meet w/ all clients, explained settlement logistics, etc. | P |
| 7/10/2018 | JO | 1.5 | Performed settlement allocations; drafted settlement agreement, sent to def atty | |

| Date | Initials | Hours | Description | |
|---|---|---|---|---|
| 7/11/2018 | RA | 0.6 | Defs filed motion to withdraw, printed/reviewed, | |
| 7/12/2018 | RA/JO | 0.3 | Call w/ def atty re: withdrawing, settlement, etc.; updated clients | P |
| 7/16/2018 | JO | 0.3 | Finalizing settlement agreement, received proof of check | |
| 7/17/2018 | JO | 0.7 | Rounds of edits to agreement, finalized, phone calls w/ def re: 7/18 conf | |
| 7/18/2018 | HFD | 0.6 | Conference re: defs withdrawing as attorneys | |
| 7/19/2018 | RA | 0.3 | Update to clients | P |
| 7/20/2018 | JO | 0.6 | Draft fairness letter, prepare billing records | |
| 7/21/2018 | JO | 0.3 | Finish drafting fairness letter, send to def atty | |

| | Total Hours | |
|---|---|---|
| RA | 40.6 | 40.6 * $375.00 = $15,225.00 |
| JO | 47.9 | 47.9 * $200.00 = $9,580.00 |
| HFD | 1 | 1 * $450.00 = $450.00 |
| Paralegal | 22.9 | 22.9 * $75.00 = $1,717.50 |
| | | **Total: $26,972.50** |