# MICHAEL FAILLACE & ASSOCIATES, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510　　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620

December 5, 2018

**VIA ECF**

Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

　　　　　　　　　　　Re:　*Miranda, et al. v. Grace Farms, Inc. (d/b/a City Café), et al.;*
　　　　　　　　　　　　　　16-cv-1369-VSB & 16-cv-7704-VSB

Your Honor,

　　　This office represents Plaintiffs Ayde Mena Amaro, Enrique Sanchez Vielma, Irving Ramos Franco, Paulino Ramales Bravo, and Miguel Rivera (hereinafter, the "Amaro Plaintiffs") in the above- referenced matter. On July 26, 2018, the Amaro Plaintiffs and Defendants jointly submitted a proposed settlement agreement (the "Agreement") and a letter requesting that the Court approve the Agreement as fair.

　　　At the present time, we respectfully inquire as to whether the Court needs additional information in order to reach a decision on the fairness of the Agreement or whether we should await Your Honor's decision. Plaintiffs await the Court's instruction as to how to proceed.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　MICHAEL FAILLACE & ASSOCIATES, P.C.

　　　　　　　　　　　　　　　　　　　/s/ Michael Faillace__
　　　　　　　　　　　　　　　　　　　Michael Faillace, Esq.

cc:　　Valerie Ferrier, Esq. (via ECF)
　　　　James O'Donnell, Esq. (via ECF)

*Certified as a minority-owned business in the State of New York*