

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
Tel. (718) 263-9591 Fax. (718) 263-9598

December 22, 2020

**Via ECF**
Hon. Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Courtroom 518
New York, NY 10007

Re: **Miranda, et al. v. Grace Farms, Inc. d/b/a City Café, et al.**
**Docket No.: 16-CV-1369 (VSB)**

Dear Judge Broderick:

Our office represents the *Miranda* Plaintiffs in the above-referenced matter and we submit this letter jointly with Defendants to provide the Court a copy of the revised settlement agreement pursuant to the telephonic status conference held on October 23, 2020. The revised settlement agreement is attached hereto as Exhibit 1.

Pursuant to that conference, counsel for the parties have corrected the typo that previously appeared in Paragraph 2(c) of the settlement agreement (on page 4) and counsel for both parties have initialed on behalf of their respective clients. The settlement agreement remains unchanged in all other respects. In light of this revision and based on the Court's representations during the above telephonic status conference, the parties respectfully ask that the revised settlement agreement be approved in its entirety.

We thank the Court for its consideration and remain available to provide any additional information.

Respectfully submitted,

*James O'Donnell*
James O'Donnell, Esq.
Roman Avshalumov, Esq.