UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                            :

ARTURO DANIEL MIRANDA, et al.,     :
                                            :

                         Plaintiffs,  :

                                            :

             -against-             :

                                            :

GRACE FARMS, INC., et al.,         :

                                            :

                         Defendants. :
-------------------------------------------------------:
                                          X

AYDE MENA AMARO, et al.,
                         Plaintiffs,  :

                                            :

             -against-             :

                                            :

UNAK GROCERY CORP. (d/b/a Liberty    :
Cafe), et al.,                          :

                         Defendants. :

                                            :
-------------------------------------------------------X

**ORDER**

16-CV-1369 (VSB)

16-CV-7704 (VSB)

<u>VERNON S. BRODERICK, United States District Judge</u>:

      On July 19, 2022, I ordered that counsel for Defendants enter a notice of appearance on or before August 1, 2022, or, if Defendants did not retain new counsel, that Defendants Vivek Singhal and Rajni Singhal make pro se appearances on or before August 1, 2022 (Doc. 93.)  The parties were also directed to file any revised settlement agreements and new letters explaining why the revised settlement agreements are fair and reasonable on or before August 15, 2022 (Doc. 93).

      As of this order, counsel for Defendants have not entered a notice of appearance, Defendants have not made pro se appearances, and the Parties have not filed any revised settlement agreements.  Accordingly, it is hereby

ORDERED that the parties attend a status conference on August 26, 2022 at 1:00PM via telephone using the dial-in 888-363-4749 and access code 2682448.  Parties should come prepared to discuss the status of the case and whether Plaintiff intends to move for default judgment.

SO ORDERED.

Dated:  August 17, 2022
     New York, New York

Vernon S. Broderick
United States District Judge