UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                                     :
ARTURO DANIEL MIRANDA, et al.,      :
                                                                     :
                                  Plaintiffs,  :
                                                                     :       16-CV-1369 (VSB)
              -against-                          :
                                                                   :           **ORDER**
GRACE FARMS, INC., et al.,              :
                                                                   :
                                Defendants. :
-------------------------------------------------------:
                                                                   X
AYDE MENA AMARO, et al.,
                                Plaintiffs,  :
                                                                   :      16-CV-7704 (VSB)
              -against-                          :
                                                                   :
UNAK GROCERY CORP. (d/b/a Liberty   :
Cafe), et al.,                                               :
                                Defendants. :
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      Following the status conference held on August 26, 2022, at 1:00PM, it is hereby:

      ORDERED that the parties submit revised settlement agreements by October 10, 2022.

  SO ORDERED.

Dated:  August 26, 2022
           New York, New York

                                                        Vernon S. Broderick
                                                        United States District Judge