```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                       :
ARTURO DANIEL MIRANDA, et al.,                         :
                                                       :
                              Plaintiffs,              :
                                                       :         16-CV-1369 (VSB)
              -against-                                :
                                                       :           ORDER
GRACE FARMS, INC., et al.,                             :
                                                       :
                              Defendants.              :
-------------------------------------------------------X
AYDE MENA AMARO, et al.,                               :         16-CV-7704 (VSB)
                              Plaintiffs,              :
                                                       :
              -against-                                :
                                                       :
UNAK GROCERY CORP. (d/b/a Liberty                      :
Cafe), et al.,                                         :
                              Defendants.              :
                                                       :
-------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On July 19, 2022, following multiple denials of proposed settlement agreements, I ordered the parties to file any revised settlement agreements and new letters explaining why the revised settlement agreements are fair and reasonable by August 15, 2022.  (Doc. 112.)[1]  After failing to comply with my Order, I directed the parties to attend a status conference on August 26, 2022.  (Doc. 113.)  Following that conference, I ordered the parties to submit their revised settlement agreements by October 10, 2022.  (Doc. 115.)  Again, the parties failed to comply with my Order, and I ordered the parties to submit their revised settlement agreements by October 24, 2022.  (Doc. 116.)

---

[1] Docket references are to 1:16-cv-01369-VSB unless otherwise stated.  (*See* Doc. 35.)

On October 24, 2022, the Defendants filed a Notice of Acceptance and Proposed Judgement in 1:16-cv-07704-VSB.² (Docs. 99–100.) The following day, one day after the deadline to submit the revised settlement agreements, the *Miranda* Plaintiffs requested an extension to file their revised settlement agreement by November 8, 2022. (Doc. 117.) I granted this request, (Doc. 118), but again, the parties have failed to comply with my Order. As of the date of this Order, the parties have not provided any revised settlement agreement. Accordingly, it is hereby

ORDERED that the *Miranda* Plaintiffs submit any revised settlement agreement by November 22, 2022. If the *Miranda* Plaintiffs do not make these filings by November 22, 2022, or otherwise do not submit a filing regarding how they intend to proceed, I will construe that as an intention to abandon settlement, and I will set a date for a status conference.

SO ORDERED.

Dated: November 17, 2022
       New York, New York

                                                                  Vernon S. Broderick
                                                                  United States District Judge

---

² Even though these cases are consolidated, (Doc. 35), the Notice of Acceptance and Proposed Judgment were only filed in 1:16-cv-07704-VSB and only pertained to the Plaintiffs in that action, (the "*Amaro* Plaintiffs"), and not the Plaintiffs in 1:16-cv-01369-VSB, (the "*Miranda* Plaintiffs").