```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                       :
ARTURO DANIEL MIRANDA, et al.,                         :
                                                       :
                        Plaintiffs,                    :
                                                       :      16-CV-1369 (VSB)
                -against-                              :
                                                       :          ORDER
GRACE FARMS, INC., et al.,                             :
                                                       :
                        Defendants.                    :
-------------------------------------------------------X
AYDE MENA AMARO, et al.,                               :      16-CV-7704 (VSB)
                        Plaintiffs,                    :
                                                       :
                -against-                              :
                                                       :
UNAK GROCERY CORP. (d/b/a Liberty                      :
Cafe), et al.,                                         :
                        Defendants.                    :
-------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On November 22, 2022, Plaintiffs in 1:16-cv-01369, ("Miranda Plaintiffs") filed a Notice of Acceptance of Offer of Judgment Pursuant to Federal Rule of Civil Procedure 68(a). (Doc. 120.) However, the Clerk's Office flagged this filing, along with the accompanying Proposed Judgment, (Doc. 121), as deficient. To date, Miranda Plaintiffs have failed to correct these deficient filings. Accordingly, it is hereby

ORDERED that by December 7, 2022, Miranda Plaintiffs address the deficiencies flagged by the Clerk's Office in docket entries 120 and 121.

SO ORDERED.

Dated: December 6, 2022
       New York, New York

Vernon S. Broderick
United States District Judge