UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

ARTURO DANIEL MIRANDA, ALFONSO VERA RODAS, MIGUEL GARCIA, and DANIEL GRANDE NETZAHUATL, *individually and on behalf of all others similarly situated*,

      *Plaintiffs*,

  -against-

GRACE FARMS, INC. (d/b/a CITY CAFÉ), UNAK GROCERY CORP. (d/b/a/ LIBERTY CAFÉ), RAJNI SINGHAL, and VIVEK SINGHAL, *as individuals*,
------------------------------------------------------------------------X

Civil Docket No.:
16-CV-1369

**JUDGMENT**

  **WHEREAS**, ARTURO DANIEL MIRANDA, ALFONSO VERA RODAS, MIGUEL GARCIA, and DANIEL GRANDE NETZAHUATL, ("Plaintiffs") commenced this collective action against GRACE FARMS, INC. (d/b/a CITY CAFÉ), UNAK GROCERY CORP. (d/b/a/ LIBERTY CAFÉ), RAJNI SINGHAL, and VIVEK SINGHAL, *as individuals*, ("Defendants"); and

  **WHEREAS**, the Defendants, by and through their counsel, served an Offer Of Judgment dated November 16, 2022, pursuant to Rule 68 of the Federal Rules of Civil Procedure ("FRCP") for the sum of Seventy-Five Thousand Dollars ($75,000.00), inclusive of attorneys' fees, expenses, and costs to the date of this offer to which Plaintiffs may be entitled, for the claims alleged in this action;

  **WHEREAS**, on November 22, 2022, Plaintiffs filed their Notice Of Acceptance Of Offer Of Judgment Pursuant To Fed. R. Civ. P. 68, accepting Defendants' Offer Of Judgment dated November 16, 2022, and allowing Plaintiffs to take Judgment against the Defendants, jointly and severally, in the amount of Seventy-Five Thousand Dollars ($75,000.00), inclusive

attorneys' fees, expenses, and costs to the date of this offer to which Plaintiffs may be entitled, for the claims alleged in this action;

Accordingly, it is hereby:

**ORDERED, ADJUDGED AND DECREED**: That Plaintiffs ARTURO DANIEL MIRANDA, ALFONSO VERA RODAS, MIGUEL GARCIA, and DANIEL GRANDE NETZAHUATL, have judgment against GRACE FARMS, INC. (d/b/a CITY CAFÉ), UNAK GROCERY CORP. (d/b/a/ LIBERTY CAFÉ), RAJNI SINGHAL, and VIVEK SINGHAL, *as individuals*, jointly and severally, in the amount of Seventy-Five Thousand Dollars ($75,000.00), inclusive of attorneys' fees, expenses and costs.

Dated: 01/03/2024

*Vernon Broderick*
Vernon S. Broderick
United States District Judge