UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
            :
ARTURO DANIEL MIRANDA, ALFONSO  :
VERA RODAS, MIGUEL GARCIA, and   :
DANIEL GRANDE NETZAHUATL,       :      **ORDER**
            :
           Plaintiffs,   :
            :
      -v-            :
            :
GRACE FARMS, INC. d/b/a City Café,   :      16-CV-1369 (VSB)
UNAK GROCERY CORP. *Individually and* :
*d/b/a* LIBERTY CAFÉ, RAJNI SINGHAL,  :
and VIVEK SINGHAL,                  :
            :
           Defendants. :
            :
-----------------------------------------------------------:
            :
AYDE MENA AMARO, ENRIQUE         :
SANCHEZ VIELMA, IRVING RAMOS    :
FRANCO, MIGUEL RIVERA, and PAULINO:
RAMALES BRAVO (a.k.a PAUL          :
ESTRADA),                           :
            :      16-CV-7704 (VSB)
           Plaintiffs,   :
            :
      -v-            :
            :
UNAK GROCERY CORP. (d/b/a Liberty    :
Cafe), LIBERTY FOOD & GROCERY     :
CORP. INC. (d/b/a Liberty Cafe), GRACE :
FARMS, INC. (d/b/a City Cafe), VIVEK   :
SINGHAL, and RAJNI SINGHAL          :
            :
           Defendants. :
-------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      In light of my ruling at Docs. 125 and 126, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:     January 30, 2024
            New York, New York

                                                                           _____
                                                                           Vernon S. Broderick
                                                                           United States District Judge